**Order entered September 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00861-CR

### CHRISTOPHER MICHAEL RUBIO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1633703-W**

## ORDER

Appellant's September 20, 2019 motion to extend the time for filing a reply brief is

**GRANTED**. Appellant's reply brief, received on September 20, 2019, is **ORDERED** filed as of

the date of this order.

/s/      DAVID L. BRIDGES
PRESIDING JUSTICE